UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **VANDRA FIELDS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-477-JWD-EWD** |
| **PROGRESSIVE CASUALTY INSURANCE CO., ET AL.** | |

### RULING AND ORDER

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report January 18, 2022, (Doc. 15), to which no objection was filed,

**IT IS ORDERED** that the unopposed Motion for Leave to File Supplemental and Amended Petition for Damages (Doc. 13) filed by Plaintiff Vandra Fields, is **GRANTED**.

Because (1) Plaintiff has been granted leave to file a Supplemental and Amended Petition for Damages; (2) a non-diverse defendant, United Services Automobile Association, was substituted for USAA Casualty Insurance Company; and (3) consequently, subject matter jurisdiction is destroyed,

**IT IS FURTHER ORDERED** that this matter is **REMANDED** to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Signed in Baton Rouge, Louisiana, on <u>February 2, 2022</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**